UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA SCHULTZ,

  Plaintiff,

CASE NO.: 8:17-CV-02839-EAK-AAS

-vs-

NELNET, INC.

  Defendant.
_____/

### NOTICE OF SETTLEMENT

Plaintiff, Patricia Schultz, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system this 25th day of September which sent electronic notice to all parties of record.

        */s/ Octavio Gomez*
        Octavio Gomez, Esquire
        Morgan & Morgan, Tampa, P.A.
        One Tampa City Center
        201 N. Franklin Street, 7th Floor
        Tampa, FL 33602
        Tele: (813) 223-5505
        Fax: (813) 223-5402
        TGomez@ForThePeople.com
        Florida Bar #:
        Attorney for Plaintiff