UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA SCHULTZ,

  Plaintiff,                                CASE NO.:  8:17-CV-02839-EAK-AAS

-vs-

NELNET, INC.

  Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Patricia Schultz, and the Defendant, Nelnet, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Dated this 8th day of January, 2019.

| | |
|---|---|
| */s/ Daniel Johnson* | */s/ Octavio Gomez* |
| Daniel C. Johnson, Esquire | Octavio "Tav" Gomez, Esquire |
| Carlton Fields Jorden Burt, P.A. | Morgan & Morgan, Tampa, P.A. |
| 450 South Orange Ave., Suite 500 | One Tampa City Center |
| Orlando, FL 32801 | 201 N. Franklin St., 7th Floor |
| Tele: (407) 849-0300 | Tampa, FL 33602 |
| Fax: (407) 648-9099 | Tele: (813) 223-5505 |
| djohnson@carltonfields.com | Fax: (813) 223-5402 |
| dcarlucci@carltonfields.com | TGomez@ForThePeople.com |
| Florida Bar #: 522880 | Florida Bar #: 0338620 |
| Attorney for Defendant | Attorney for Plaintiff |